UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WOOTEN, <br><br> Plaintiff, <br><br> v. <br><br> DONALD J. TRUMP, <br><br> Defendant. | No. 2:25-cv-00873-DC-AC (PS) <br><br> ORDER REFERRING MOTION TO MAGISTRATE JUDGE <br><br> (Doc. No. 1) |

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(a), the pending motion (Doc. No. 1) filed by Plaintiff on March 17, 2025 is hereby referred to United States Magistrate Judge Allison Claire for issuance of findings and recommendations in accordance with 28 U.S.C. § 636(b)(1)(B) and (C).

IT IS SO ORDERED.

Dated:   **March 17, 2025**

Dena Coggins
United States District Judge