IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WOOTEN,<br><br>                Plaintiff,<br><br>    v.<br><br>DONALD J. TRUMP,<br><br>                Defendant. | CASE NO.  2:25-CV-873 DC AC<br><br>[~~PROPOSED~~] ORDER |

    The Court has reviewed the Motion to Stay Response filed by Defendant Donald J. Trump, President of the United States.  ECF 11.  Finding good cause, the Court hereby **GRANTS** the motion. President Trump's response to Plaintiff's Amended Complaint (ECF 8), and Motions for a Preliminary Injunction and/or a Temporary Restraining Order (ECF 7, 8), are hereby stayed until further Order of the Court.

    **IT IS SO ORDERED.**

DATED: April 21, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER      1